1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. HILL** | Case No. CIV-O6-1285 CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of November 27, 2006 until January 11, 2007.   This is plaintiff's first request for an extension and is required due to plaintiff's counsel's extremely heavy briefing schedule and the holidays.

/ / / /

/ / / /

/ / / /

*Hill  v. Barnhart,* 06-1285 CMK             1

1 | Dated: November 20, 2006 | BREWER & MITCHELL, LLP

2 | | By: /s/Bess M. Brewer
   | | BESS M. BREWER
3 | | Attorney at Law

4 | | Attorney for Plaintiff

5 |
  | Dated: November 17, 2006 | McGregor W. Scott
6 | | United States Attorney

7 | | By: /s/Bobbie J. Montoya
   | | BOBBIE J. MONTOYA
8 | | Assistant U.S. Attorney

9 | | Attorney for Defendant

10

11 | **ORDER**

12 | APPROVED AND SO ORDERED.

13

14 | DATED:  November 27, 2006.

15

16 | _____
   | **CRAIG M. KELLISON**
17 | UNITED STATES MAGISTRATE JUDGE