1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. HILL** | Case No. CIV-O6-1285 CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of January 11, 2007 to February 13, 2007.  This is extension is required in order to permit the parties to explore settlement of this case.

/ / / /

/ / / /

/ / / /

*Hill  v. Barnhart,* 06-1285 CMK                    1

| | | |
|---|---|---|
| 1 | Dated: January 11, 2007 | BREWER & MITCHELL, LLP |
| 2 | | By: */s/Bess M. Brewer*<br>BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: January 11, 2007_____ | McGregor W. Scott<br>United States Attorney |
| 7 | | |
| 8 | | By:  */s/ Bobbie Montoya for*<br> GERALYN A GULSETH<br>Special Assistant U.S. Attorney |
| 9 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   January 18, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

*Hill  v. Barnhart,* 06-1285 CMK                            2