McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 744-0134
    E-Mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LARRY HILL, ) | |
|     Plaintiff, ) | CIVIL NO. 2:06-CV-1285 CMK |
|         v. ) | STIPULATION AND ORDER |
| LINDA S. McMAHON[1], ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time of 30 days to file Plaintiff's motion for summary judgment to permit the parties to continue to explore possible settlement.  The current due date is February 13, 2007.  The new due date will be March 15, 2007. .

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 7, 2007

/s/ bess brewer
(As authorized via facsimile)
BESS BREWER

Attorney for Plaintiff

Dated: February 7, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/geralyn gulseth
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:   February 12, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE