1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY D. HILL** | Case No. CIV-O6-1285 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**[1] **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of March 15, 2007 to April 7, 2007.  This additional extension is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

---

[1] Mr. Michael J. Astrue is now the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*Hill v. Barnhart,* 06-1285 CMK                    1

1
2
3   Dated: March 14, 2007                    BREWER & MITCHELL, LLP
4                                            By: */s/Bess M. Brewer*
                                             BESS M. BREWER
5                                            Attorney at Law
6                                            Attorney for Plaintiff
7
8   Dated: March 14, 2007                    McGregor W. Scott
                                             United States Attorney
9
10                                           By:  */s/ Geralyn A Gulseth*
                                             GERALYN A GULSETH
                                             Special Assistant U.S. Attorney
11
                                             Attorneys for Defendant
12
13
14                              **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED:   March 28, 2007.

17
18                              _____
                                **CRAIG M. KELLISON**
19                              UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

*Hill  v. Barnhart,* 06-1285 CMK                    2