McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8923
   Facsimile:  (415) 744-0134
   E-Mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LARRY HILL,              ) | CIVIL NO. 2:06-CV-1285 CMK |
|      Plaintiff,      ) | |
|               ) | |
|        v.        ) | STIPULATION AND ORDER |
|               ) | |
| MICHAEL J. ASTRUE,   ) | |
| Commissioner of      ) | |
| Social Security,      ) | |
|               ) | |
|      Defendant.    ) | |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a (first) extension of time of 30 days to file his cross-motion for summary judgment.  The current due date is April 26, 2007.  The new due date will be May 29, 2007.   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: April 26, 2007                      /s/ bess brewer
                               (As authorized via facsimile 4/26/07)
                               BESS BREWER

                               Attorney for Plaintiff

1   Dated: April 26, 2007                    McGREGOR W. SCOTT
                                             United States Attorney
2                                            LUCILLE GONZALES MEIS
                                             Regional Chief Counsel, Region IX
3                                            Social Security Administration

4

5                                            /s/geralyn gulseth
                                             GERALYN GULSETH
6                                            Special Assistant U.S. Attorney

7                                            Attorneys for Defendant

8

9                                            ORDER

10         APPROVED AND SO ORDERED.

11  DATED:   May 11, 2007.

12

13

14  **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28